IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO PEEPLES, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-00217-CG-B |
| MOBILE COUNTY DISTRICT ATTORNEY'S OFFICE, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and the plaintiff having filed a notice of dismissal of his complaint, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 2nd day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE