IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO PEEPLES, | : |
|     Plaintiff, | : |
| vs. | :    CIVIL ACTION 11-00217-CG-B |
| MOBILE COUNTY DISTRICT ATTORNEY'S OFFICE, | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 2nd day of November, 2011.

                                         /s/  Callie V. S. Granade
                                         UNITED STATES DISTRICT JUDGE